**Carolyn MARTIN, Appellant,**

v.

**UNIVERSITY OF ARKANSAS BOARD OF TRUSTEES, Appellee.**

No. 09–3937.

United States Court of Appeals, Eighth Circuit.

Submitted: May 26, 2010.

Filed: May 26, 2010.

Carolyn Martin, Little Rock, AR, pro se.

Sarah James, Associate General Counsel, University of Arkansas Office of General Counsel, Little Rock, AR, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Carolyn Martin appeals the district court's [1] adverse grant of summary judgment in her pro se employment-discrimination and retaliation suit against her former employer. Having carefully reviewed the record and considered Martin's arguments, *see Gordon v. Shafer Contracting Co.*, 469 F.3d 1191, 1194 (8th Cir.2006) (de novo standard of review), we affirm the district court's judgment. *See* 8th Cir. R. 47B.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.